UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| JOHN J. WEBER, | : | CIVIL ACTION |
| | : | No. 3:10-cv-401 (JBA) |
| Plaintiff-Counterclaim Defendant, | : | |
| -vs- | : | |
| | : | |
| FUJIFILM MEDICAL SYSTEMS U.S.A., INC., HIROAKI TADA, FUJIFILM HOLDINGS AMERICA CORPORATION, FUJIFILM HOLDINGS CORPORATION, AND FUJIFILM CORPORATION, | : | APRIL 4, 2011 |
| Defendants-Counterclaim Plaintiff. | : | |

---

**ORDER FOR MENTAL EXAMINATION OF PLAINTIFF JOHN J. WEBER**

**THIS MATTER**, having been opened to the Court by Defendants FUJIFILM Medical Systems U.S.A., Inc., Hiroaki Tada, FUJIFILM Holdings America Corporation and FUJIFILM Corporation (collectively "Defendants"), on a motion seeking an order requiring Plaintiff to submit to a mental examination pursuant to Rule 35;

**WHEREAS** having reviewed submissions by the parties and heard oral argument on February 18, 2011,

IT IS on this 4th day of April, 2011

**ORDERED** as follows:

1. Plaintiff is ordered to submit to a mental examination on April 5, 2011 at the offices of Drinker Biddle & Reath LLP located at 140 Broadway, 39th Floor, New York, New York.

2. The mental examination will be conducted by Defendants' designated expert, Dr. Harvey Hammer, M.D.

3. The mental examination is not to exceed four (4) hours but shall allow for a one (1) hour recess or break period in addition to the four (4) hour exam period.

4. No counsel or other third party will be present during the duration of the examination.

5. The scope of the examination is all matters necessary for Defendants' expert to render an opinion as to Plaintiff's claim for emotional distress arising from the termination of his employment.

6. The manner of the examination is limited to an interview including such interview-based testing as is customarily used by psychiatric experts in rendering opinions on a claim for emotional distress arising from the termination of an examinee's employment.

                                        IT IS SO ORDERED.

                                        ___/s/_____
                                        Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 4th day of April, 2011.