**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


JOHN J. WEBER

     v.                                   Civil No.  3:10CV401   (JBA)

FUJIFILM MEDICAL SYSTEMS, U.S.A. INC.
HIROAKI TADA
FUJIFILM HOLDINGS AMERICAN CORP.
FUJIFILM CORPORATION

## AMENDED JUDGMENT

     This matter came on for trial before a jury and the Honorable Janet Bond Arterton, United States District Judge.

     On June 11, 2012, after deliberation, the jury returned a verdict  for the plaintiff John J. Weber for compensatory damages for non-economic injury from defendant's unlawful conduct (tortious interference) in the  amount of $150,000.00, and damages for economic injuries proximately caused by FMSU's breach of contract in the amount of $565,357.00.  Subsequently, the Court denied plaintiff's motion for assessment of lost wages, and awarded prejudgment interest in the amount of $55,592.68.

     On December 9, 2014, the Second Circuit reversed as to the tortious interference claims with instructions to enter judgment for the defendant on the tortious interference claims.

     Accordingly it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for plaintiff John J. Weber and damages for economic injuries proximately caused by FMSU's breach of contract in the amount of $565,357.00, plus prejudgment interest of $55,592.68 for a total award of $620,949.68 and judgment is entered for the defendants on the tortious interference claims.


EOD 1/23/15

Dated at New Haven, Connecticut this 23nd of January, 2015.

ROBERTA D. TABORA, Clerk


____/s/_____

Betty J. Torday

Deputy Clerk